# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Isaias Delgado Mendoza, Jr.** DOB: xx/xx/1985 United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-01900MJ |

Complaint for violation of Title 18 United States Code § 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 4, 2019, at or near Tucson, in the District of Arizona, **Isaias Delgado Mendoza, Jr.** knowingly made a false statement and representation to N&N Firearms, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of N&N Firearms; in that **Isaias Delgado Mendoza, Jr.**, in connection with the purchase of firearms, that is, two Barrett model M82A1 .50 BMG caliber rifles and two FN model M249S 5.56mm caliber belt-fed rifles, stated that his current residence address was 1554 E. Melridge St., Tucson, AZ 85706, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 4, 2019, Isaias DELGADO Mendoza, Jr. acquired two Barrett model M82A1 .50 BMG caliber rifles and two FN model M249S 5.56mm caliber belt-fed rifles from N&N Firearms, a Federal Firearms Licensee (FFL) in Tucson, Arizona. (DELGADO had previously ordered and purchased the firearms from an out-of-state FFL, which shipped the firearms to N&N Firearms for transfer to DELGADO.) On the ATF Form 4473 – Firearms Transaction Record DELGADO completed when acquiring the firearms, he stated that his current residence was 1554 E. Melridge St., Tucson, AZ 85706. ATF Form 4473s are required for all firearm purchases from FFLs to be completed by the purchaser, who certifies that all information contained in the ATF Form 4473 is true, correct, and complete. These ATF Form 4473s and are required by federal law to be kept in the records of the FFL.

Subsequently, ATF agents responded to 1554 E. Melridge St. and spoke with DELGADO's mother, who stated that she lives at the address with her daughter (DELGADO's sister), and that she did now know where DELGADO lives but that his wife lives in Mexico. DELGADO's sister told agents that DELGADO was currently living in Mexico. Agents also spoke to DELGADO, who admitted that he entered the United States from Mexico earlier this morning and had been in Mexico since early this week.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge<br><br>*/s/ Angela W. Woolridge*<br><br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br><br>*/s/*<br><br>OFFICIAL TITLE<br>ATF Special Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>*/s/* | DATE<br>April 5, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54