1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   Angela W. Woolridge
3  Assistant U.S. Attorney
   Arizona State Bar No. 022079
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: angela.woolridge@usdoj.gov
   Attorneys for Plaintiff

FILED

2019 APR 24  PM 2: 58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR19-01094 TUC-JGZ(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D) (Engaging in the Business of Dealing Firearms Without a License) Count 1 |
| Isaias Delgado; | |
| Defendant. | 18 U.S.C. § 924(a)(1)(A) (False Statement in Record of Federal Firearms Licensee) Counts 2, 3, 4 |
|  | 18 U.S.C. § 924(d) Forfeiture |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about December 17, 2018, to on or about April 4, 2019, at or near Tucson, in the District of Arizona, ISAIAS DELGADO, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms; in violation of Title 18, United States Code, 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 2

On or about March 20, 2019, at or near Tucson, in the District of Arizona, ISAIAS DELGADO knowingly made a false statement and representation to N&N Firearms,

licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of N&N Firearms; in that ISAIAS DELGADO in connection with the purchase of firearms, that is, two Barrett model M82A1 .50 BMG caliber rifles and one Smith & Wesson model SD40 .40 S&W caliber pistol, stated that his current residence address was 1554 E. Melridge St., Tucson, AZ 85706, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about March 28, 2019, at or near Tucson, in the District of Arizona, ISAIAS DELGADO knowingly made a false statement and representation to SnG Tactical – SnG Arms, doing business as Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SnG Tactical – SnG Arms; in that ISAIAS DELGADO in connection with the purchase a of firearm, that is, one Diamondback model DB-15 5.56 NATO caliber rifle, stated that his current residence address was 1554 E. Melridge St., Tucson, AZ 85706, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about April 4, 2019, at or near Tucson, in the District of Arizona, ISAIAS DELGADO knowingly made a false statement and representation to N&N Firearms, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of N&N Firearms; in that ISAIAS DELGADO in connection with the purchase of firearms, that is, two Barrett model M82A1 .50 BMG caliber rifles, two FN model M249S .223/5.56mm caliber rifles, and one Browning model M1919 7.62 caliber rifle, stated that his current residence address was 1554 E. Melridge St., Tucson, AZ 85706, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

*United States of America v. Isaias Delgado*
*Indictment Page 2 of 4*

**FORFEITURE ALLEGATION**

Upon conviction of Counts One through Four of this Indictment, the defendant, ISAIAS DELGADO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offenses, including, but not limited to:

1. one Barrett, model M82A1, .50 BMG caliber rifle, SN: AA008132;
2. one Barrett, model M82A1, .50 BMG caliber rifle, SN: AA008133;
3. one Smith & Wesson, model SD40, .40 caliber pistol, SN: FBH1453;
4. one Barrett, model M82A1, .50 BMG caliber rifle, SN: AA008130;
5. one Barrett, model M82A1, .50 BMG caliber rifle, SN: AA008131;
6. one FNH, model M249S, .223/5.56mm caliber belt-fed rifle, SN: M249SA05044;
7. one FNH, model M249S, .223/5.56mm caliber belt-fed rifle, SN: M249SA05168;
8. one Browning, model M1919, .308/7.62 x 51 caliber belt-fed rifle, SN: 757669;
9. one Diamondback, model DB-15, 5.56 mm rifle, SN: DB1578623;
10. one Smith & Wesson, model SD9, 9mm pistol, SN: FZY2481;
11. one Smith & Wesson, model SD9, 9mm pistol, SN: FZY2649; and
12. one Smith & Wesson, model SD40, .40 caliber pistol, SN: FZV1508.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

/ / /

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c)., and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

Assistant U.S. Attorney

Dated:   April 24, 2019

*United States of America v. Isaias Delgado*
*Indictment Page 4 of 4*