# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Isaias Delgado,<br>　　　　Defendant. | No. CR-19-01094-001-TUC-JGZ (JR)<br>**ORDER** |

　　　　Defendant filed a Motion to Sever Counts. Before the Court is Magistrate Judge Jacqueline M. Rateau's Report and Recommendation recommending that the District Court deny Defendant's Motion. Defendant did not file objection.

　　　　When reviewing a Magistrate Judge's Report and Recommendation, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis omitted). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Reyna-Tapia,* 328 F.3d at 1121; *Schmidt v. Johnstone,* 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).

　　　　After an independent review of the parties' briefing and of the record, the Court will adopt Judge Rateau's recommendation to deny Defendant's Motion to Sever Counts.

Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. 64) is ADOPTED.

IT IS FURTHER ORDERED that the Motion to Sever Counts (Doc. 53) is DENIED.

Dated this 26th day of March, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge