IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR19-01094-TUC-JGZ (JR) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Isaias Delgado, | |
| Defendant. | |

This Court, having considered the government's Motion for Production of Documents [Doc. 102] pursuant to Fed. R. Crim. P. 17(c) and good cause appearing,

IT IS HEREBY ORDERED:

1. That Capital One, N.A., 15000 Capital One Drive, Richmond, VA 23238-1119, shall comply with the government's subpoena as attached to the government's motion as Attachment A by providing the requested documents to the government forthwith.

2. That the government may thereafter maintain custody of the records, provided that defense counsel is permitted adequate opportunity to inspect and copy such records.

3. That the government will file the original trial subpoena with the Court once it has been served.

Dated this 29th day of April, 2021.

*Jacqueline M. Rateau*
Honorable Jacqueline M. Rateau
United States Magistrate Judge