GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | CR 19-1094-TUC-JGZ (JR) |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |
| Isaias Delgado, | |
| Defendant. | |

Notice is hereby given, pursuant to Rule 16.1(a) of the Local Rules of Criminal Procedure for the United States District Court for the District of Arizona, that all confessions, admissions and statements by the defendant provided in government disclosure at the time of trial may be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 14th day of June, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Angela W. Woolridge*

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 14th day of June, 2021, to:

Bradley K. Roach
Attorney for Defendant Isaias Delgado