```
1                    UNITED STATES DISTRICT COURT

2                         DISTRICT OF ARIZONA

3

4  United States of America,    )
                                 )
5           Plaintiff,           )
                                 )
6  vs.                           )   CR-19-01094-TUC-JGZ-JR
                                 )
7  Isaias Delgado,               )
                                 )   Tucson, Arizona
8           Defendant.           )   August 9, 2021
   _____ )   9:17 a.m.
9

10
            PARTIAL TRANSCRIPT OF JURY TRIAL - DAY ONE
11            GOVERNMENT COUNSEL'S OPENING STATEMENT
            BEFORE THE HONORABLE JENNIFER G. ZIPPS
12                 UNITED STATES DISTRICT JUDGE

13

14  For the Plaintiff:
       Ms. Angela W. Woolridge
15     U.S. Attorney's Office
       405 West Congress Street, Suite 4800
16     Tucson, AZ  85701

17  For the Defendant:
       Mr. Brad Roach
18     Mr. Trevor Hill
       Roach Law Firm, LLC
19     101 East Pennington Street, Suite 201
       Tucson, AZ  85701

20

21

22  Proceedings recorded by mechanical stenography, transcript
    produced by computer.
23
                   Aaron H. LaDuke, RMR, CRR
24              Federal Official Court Reporter
                     405 W. Congress St.
25                 Tucson, Arizona  85701
```

|  |  |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (Proceedings were had and recorded but not transcribed.) |
| 3 | MS. WOOLRIDGE:  Thank you, Your Honor. |

1  P R O C E E D I N G S
2       (Proceedings were had and recorded but not transcribed.)
3              MS. WOOLRIDGE:  Thank you, Your Honor.
4       May it please the Court; counsel; ladies and gentlemen of
5  the jury.  Good afternoon.
6       There is one thing that all of us up here agree on:
7  Isaias Delgado likes guns.  In fact, you'll hear him say it.
8  And there's nothing wrong with liking guns.  It's not illegal
9  as a hobby, as a collector, for sports shooting, for hunting,
10 for self-protection; but that's not why Isaias Delgado likes
11 guns.  He likes guns as a commodity, something he can buy and
12 sell in hopes of making a profit.
13      You'll hear that he spent over $111,000 in just a few
14 months to buy at least 39 guns, guns he no longer has because
15 he turned around and sold them to others.  The problem with
16 this and the reason we're here today is that he bought and
17 sold all of these guns without a license; and that, ladies and
18 gentlemen, is against the law.
19      As the Judge instructed you, the defendant is charged
20 with engaging in the business of dealing in firearms without a
21 license, which means, one, to willfully deal firearms and,
22 two, to do so without a license.  But this means more than
23 just an occasional sale made by a hobbyist or a collector.  It
24 means devoting time and attention to repeatedly buying and
25 selling firearms with the intent to make a profit.

1     See, the firearms business is regulated because while
2  firearms may be a business commodity, they're also deadly
3  weapons.  You'll hear that regulations are in place to ensure
4  that gun buyers undergo background checks, that records are
5  kept of gun purchases, that people don't just indiscriminately
6  sell guns to just anyone so they can make money, regulations
7  that help protect our communities by keeping guns out of the
8  wrong hands.
9     You'll hear that there's a legal way to get into the
10 firearm business and to make a profit legally from buying and
11 selling guns.  Lawful firearms dealers adhere to these
12 regulations.  They help prevent gun crime and protect our
13 communities.
14    But Isaias Delgado didn't do things the legal way.
15 You'll hear that he specifically bought and sold guns for the
16 purpose of making money and he didn't get a license.  He spent
17 more on guns in just two months than he made in the previous
18 three years combined.  You'll hear that he sold these guns,
19 almost 40 of them, soon after he bought them.
20    You'll hear that he didn't conduct background checks on
21 the people he sold the guns to.  He didn't keep records of his
22 gun sales, didn't report his income from his gun sales, didn't
23 pay taxes on his gun sales, didn't comply with all the
24 regulations that legitimate gun dealers have to comply with;
25 and that, ladies and gentlemen, is against the law.  That's

1  why we're here.
2       What's more, Isaias Delgado knew that what he was doing
3  was wrong, and you'll hear about the efforts he took to cover
4  up his crime, to disguise his gun sales, trying to make all
5  his purchases look like just a hobby, but it wasn't a hobby.
6       You'll hear that he spent over 11 -- I'm sorry, over
7  $111,000 on almost 40 firearms in just a few months, many of
8  the same firearms at one time, such as six Barrett .50 caliber
9  rifles, each worth about 7 to $8,000, and then sold them.  We
10 submit to you that isn't a hobby.  That's a business.
11      Fortunately, ATF agents learn about Isaias Delgado's
12 unlicensed firearms dealing.  They learn of two particular
13 guns he bought and sold that were recovered outside of Arizona
14 in two separate incidences, and they begin investigating.
15 These agents learn about all the firearms that Isaias
16 Delgado's been buying, high-caliber, high-dollar firearms,
17 several at a time.  They discover that he no longer has these
18 firearms.  In fact, he has a storage locker with nothing
19 inside of it but several empty firearm boxes with the serial
20 numbers removed because he sold all of these guns after he got
21 them, all to make money.
22      The agents learn that Isaias Delgado currently has an
23 order pending for two .50 caliber rifles and three belt-fed
24 rifles, an order for a total of more than $34,000, more than
25 he reported making that entire previous year, and this order

is to be shipped to N&N Firearms, a licensed firearms dealer in Tucson.

So the agents go to N&N on April 4th, 2019, and they talk to the defendant when he goes to pick up the five rifles, the two .50 caliber and the three belt-fed rifles he had purchased. Isaias Delgado tells the agents he had sold these firearms that he had been buying, that he knew he should have gotten a license, and that he knew he was going to get arrested for it. He knew he wasn't doing things the right way.

And now he claims that it's all just a hobby, but you'll hear and see all the evidence, ladies and gentlemen, over the next few days, evidence about the 39 firearms he bought for over $111,000 in just a few months and then turned around and sold them right after he got them; evidence proving that his primary intention was to make repeated firearms sales in hopes of earning a profit; evidence that he needed to get a firearms dealers license in order to make these sales legal, that he could have gotten a firearms dealer license, that he knew he should have gotten a firearm dealers license, but he didn't, plain and simple. He chose to break the law instead. Was it to make more money, to avoid paying taxes, to avoid having to go through the regulations that lawful firearms dealers have to comply with? He made that choice.

Once you hear and see all of this evidence throughout the

1  course of this trial, you'll find the government has proven
2  beyond a reasonable doubt that the defendant is guilty of
3  engaging in the business of dealing firearms without a
4  license.
5      Thank you in advance for your time and attention.
6      (Proceedings were had and recorded but not transcribed.)
7      (Court adjourned at 3:56 p.m.)

1          C E R T I F I C A T E

2

3          I, Aaron H. LaDuke, do hereby certify that I
4  reported the foregoing proceedings to the best of my skill
5  and ability, and that the same was transcribed by me via
6  computer-aided transcription, and that the foregoing pages
7  of typewritten matter are a true, correct, and complete
8  transcript of all the proceedings had, as set forth in the
9  title page hereto.
10         Dated this 9th day of August, 2021.

11

12

13                              _____s/Aaron H. LaDuke_____
                                Aaron H. LaDuke, RMR, CRR
14                              Official Court Reporter