**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge: Jennifer G. Zipps** | **Date:** August 12, 2021 |
| **USA v. Isaias Delgado** | **Case Number: CR-19-01094-001-TUC-JGZ (JR)** |

**Assistant U.S. Attorney:  Angela W. Woolridge**
**Attorney for Defendant:  Bradley Roach and Trevor Hill**, Retained
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody** ☐ **Summons** ☐ **Writ**

**JURY TRIAL DAY 4:**

8:53 AM – Court in session. Defendant and counsel are present. Proposed final jury instructions addressed. Clerk will file a copy of defendant's requested jury instruction. Court confirms with Defendant that he has consulted with counsel and has decided not to testify at trial. Defense counsel moves for a Rule 29 directed verdict of acquittal, and for the reasons as stated on the record, the Court denies defense counsel's oral motion. Jury in at 9:25 am. Exhibit 201 is admitted into evidence. Defense rests. Closing arguments presented by AUSA Angela Woolridge. Closing arguments presented by Bradley Roach. Jury released for break at 11:07 am

11:08 AM – 11:21 AM – Break.

11:21 AM – Court in session. Defendant and counsel are present. Argument heard regarding Government's objection to portions of Mr. Roach's closing statements. For reasons set forth on the record, the Court declines to provide the jury with the additional instruction requested by the government. Jury in at 11:32 am. Final closing arguments presented by AUSA Angela Woolridge. Final jury instructions are read. Alternate juror # 35 is instructed and excused. Jury released to begin deliberations at 12:17 pm.

12:17 PM – 2:50 PM - Court recess.

2:50 PM – Court in session. Defendant and counsel present.  Jury in at 2:57 pm. Verdict pronounced, Guilty as to Count 1 of the Indictment. Jury pooled at defense request. Jury excused at 3:00 pm. Forfeiture allegation addressed. Forfeiture hearing is set for August 13, 2021 at 10:00 am.

//

//

//

//

**USA v.** Isaias Delgado                                    **Date:** August 12, 2021

**Case Number:** CR-19-01094-001-TUC-JGZ (JR)                         Page 2 of 2

**IT IS ORDERED** that sentencing is set for October 26, 2021 at 3:00 PM. Presentence Report to be prepared. (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R. Crim.P.32(f)(1); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two(2) business days prior to the date of the hearing. Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result the imposition of sanctions.

Court concluded at 3:10 pm.

**Court Reporter** Aaron LaDuke                    **Jury Trial 3 hours 44 mins**
**Deputy Clerk** Selina Coronado

                                                    **Start:** 8:53 am
                                                    **Stop:** 3:10 pm