UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 2 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States
PLAINTIFF

V.

Isaias Delgado
DEFENDANT

WITNESS LIST

CASE NUMBER: 4:19-cr-01094-JGZ-JR

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Zipps | Selina Coronado | Aaron LaDuke |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| August 9, 2021 to August 13, 2021 | Angela Wooldridge | Bradley Roach |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | 1 | 8/11/2021 | 8/11/2021 | Rocky Nealy | ✓ |
|  | 2 | 8/11/2021 | 8/11/2021 | Miguel Herrera | ✓ |
|  | 3 |  |  | Wayne Semenko |  |