UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ___ LODGED ___
RECEIVED ___ COPY ___

AUG 1 2 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
PLAINTIFF

V.

Isaias Delgado
DEFENDANT

WITNESS LIST

CASE NUMBER: CR19-1094-TUC-JGZ (JR)

| PRESIDING JUDGE Hon. Jennifer G. Zipps | COURTROOM DEPUTY Selina Coronado | COURT REPORTER Aaron LaDuke |
|---|---|---|
| HEARING/TRIAL DATE(S) August 9, 2021 | PLAINTIFF ATTORNEY(S) Angela W. Woolridge, AUSA | DEFENDANT ATTORNEY(S) Bradley Roach |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1 | | 8/9/2021 | 8/9 & 8/10 | ATF Special Agent Stacy Cunningham | - |
| 2 | | 8/10/2021 | 8/10 & 8/11 | ATF Special Agent Christopher Bort | ✓ |
| 3 | | 8/11/2021 | 8/11/2021 | ATF Industry Operations Inspector Alicia Lopez | ✓ |
| 4 | | 8/11/2021 | 8/11/2021 | Roman Noble, N&N Firearms | ✓ |
| 5 | | 8/11/2020 | 8/11/2021 | Larry Novak, Tucson Rifle Club | ✓ |
| 6 | | | | ATF Forensic Auditor Kristen Gotfred (rebuttal) | |
| 7 | | | | Shane Pinkston, Manager, Diamondback Police Supply (rebuttal) | |