Salam A. Tekbali, Esq.
**TEKBALI LAW PLLC**
325 West Franklin Street
Tucson, Arizona 85701
Tel: (520) 624-8663
salamtekbali@gmail.com
State Bar No: 035053
Attorney for the Defendant

# IN THE UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| **The United States of America,**<br>         Plaintiff,<br>    vs.<br>**Isaias Delgado Mendoza, Jr.**<br>         Defendant. | 4:19-cr-01094-JGZ-JR<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Jennifer G Zipps |

   **COMES NOW** attorney Salam A. Tekbali and hereby enters his Notice of Appearance, as Appellate Counsel for the above-named defendant.

   **RESPECTFULLY SUBMITTED** this 23rd day of August 2022.

                              **TEKBALI LAW, P.L.L.C.**

                    **By:** */S/ Salam A. Tekbali*
                              SALAM A. TEKBALI
                              Attorney for the Defendant


### Certificate of Service

I hereby certify that on August 24, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

   Angela Woolridge /Jackson Stevens
   Assistant United States Attorneys

   Barbara Catrillo
   Counsel for the Defendant